THE STATE OF OHIO, APPELLEE, *v.* LEE, APPELLANT.

[Cite as *State v. Lee,* 111 Ohio St.3d 361, 2006-Ohio-5849.]

(No. 2005–0855—Submitted October 17, 2006—Decided November 29, 2006.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Stahl,* 111 Ohio St.3d 186, 2006-Ohio-5482, 855 N.E.2d 834.

RESNICK, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

MOYER, C.J., PFEIFER and LANZINGER, JJ., dissent.

---

Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Philip D. Bogdanoff, Assistant Prosecuting Attorney, for appellee.

Walter J. Benson, for appellant.